NEOC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (10/05)

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

MICHAEL S. MAPES, MILTON PETERSEN IV, BRIAN LEICHNER, DAVID MOHR and DAVID STADING,
Plaintiff(s),

v.

Case No. 8:07cv77

WELLINGTON CAPITAL GROUP, INC.,
Defendant(s).

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, Wellington Capital Group, Inc. (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☒ No

2. Does party have any parent corporations? ☐ Yes ☒ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☒ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☒ No
   If yes, identify entity and nature of interest:

Date: 10/8/7

(Signature)