# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MICHAEL S. MAPES, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **8:07CV77** |
| vs. ) | |
| ) | **ORDER** |
| **WELLINGTON CAPITAL GROUP, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court following a telephone conference with counsel for the parties on November 19, 2007.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **December 28, 2007, at 10:30 a.m. Central Standard Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 19th day of November, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge