IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL S. MAPES, MILTON PETERSEN IV, BRIAN LEICHNER, DAVID MOHR and DAVID STADING,<br><br>        Plaintiffs,<br><br>    v.<br><br>WELLINGTON CAPITAL GROUP, INC.,<br><br>        Defendant. | No. 8:07-CV-77<br><br>**NOTICE OF SERVICE OF PLAINTIFFS' AMENDED RULE 26(A)(1) INITIAL DISCLOSURES** |

      The undersigned hereby certifies that a true and correct copy of Plaintiffs' Rule 26(a)(1) Initial Disclosures were sent by email transmission on the 18th day of December, 2007 to the following:

      Michael J. Mooney (mmooney@grosswelch.com)
      Elizabeth M. Callaghan (ecallaghan@grosswelch.com)
      Gross & Welch, P.C., L.L.O.
      Suite 1500
      2120 South 72nd Street
      Omaha, NE  68124

                                          MICHAEL S. MAPES, MILTON PETERSEN IV, BRIAN LEICHNER, DAVID MOHR AND DAVID STADING, Plaintiffs

                                          By    /s/  John P. Passarelli
                                              John P. Passarelli #16018
                                              James M. Sulentic #19610
                                              Kutak Rock LLP
                                              The Omaha Building
                                              1650 Farnam Street
                                              Omaha, NE  68102-2186
                                              (402) 346-6000

4819-7899-3153.1

## CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      Michael J. Mooney at:      mmooney@grosswelch.com
      Elizabeth M. Callaghan at:   ecallaghan@grosswelch.com

        /s/ John P. Passarelli
      John P. Passarelli
      Kutak Rock LLP
      The Omaha Building
      1650 Farnam Street
      Omaha, NE  68102-2186
      (402) 346-6000