IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL S. MAPES, MILTON PETERSEN IV, BRIAN LEICHNER, DAVID MOHR and DAVID STADING, | No. 8:07-CV-77 |
| Plaintiffs, | **NOTICE OF DEPOSITION UPON ORAL EXAMINATION** |
| v. | |
| WELLINGTON CAPITAL GROUP, INC., | |
| Defendant. | |

TO:   DEFENDANT WELLINGTON CAPITAL GROUP, INC., BY AND THROUGH ITS COUNSEL OF RECORD:

Please take notice that that the undersigned will take the oral deposition of Matt Mokwa at the offices of Gross & Welch, P.C., 1500 Omaha Tower, 2120 South 72nd Street, Omaha, Nebraska, before a notary public or other qualified court reporter commencing at 1:00 p.m. on January 4, 2008, and continuing thereafter from day to day until the same shall be completed.

Dated this 18th day of December, 2007.

MICHAEL S. MAPES, MILTON
PETERSEN IV, BRIAN LEICHNER,
DAVID MOHR and DAVID STADING,
Plaintiffs


By      s/  John P. Passarelli
        John P. Passarelli #16018
        James M. Sulentic #19610
        Kutak Rock LLP
        The Omaha Building
        1650 Farnam Street
        Omaha, NE  68102-2186
        (402) 346-6000

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Michael J. Mooney
> Elizabeth M. Callaghan
> Gross & Welch, P.C., L.L.O.
> Suite 1500
> 2120 South 72nd Street
> Omaha, NE  68124

s/  John P. Passarelli
John P. Passarelli
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE  68102-2186
(402) 346-6000
