IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL S. MAPES, et al.,** | ) | |
| Plaintiffs | ) | 8:07CV77 |
| vs. | ) | ORDER |
| **WELLINGTON CAPITAL GROUP,** | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion to Quash (Filing No. 40). The motion relates to depositions scheduled for February 5, 2008. The court held a telephone conference with counsel for the parties on February 1, 2008. The motion has not yet been briefed and the court will not enter an order prior to February 5, 2008. Accordingly,

**IT IS ORDERED:**

The "Amended Notice of Deposition Upon Oral Examination" for Frank Amodeo and for Matt Mokwa (Filing Nos. 36 and 37) are held in abeyance. These depositions shall not take place until the court has ruled on the related motion to quash.

DATED this 1st day of February, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge