IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL S. MAPES, MILTON PETERSEN IV, BRIAN LEICHNER, DAVID MOHR and DAVID STADING,<br><br>Plaintiffs,<br><br>v.<br><br>WELLINGTON CAPITAL GROUP, INC.,<br><br>Defendant. | Case No. 8:07-CV-77<br><br>**PLAINTIFFS' MOTION FOR SANCTIONS** |

COMES NOW Plaintiffs and move this Court to impose the appropriate sanctions on Defendant Wellington Capital Group, Inc. ("Wellington") based on Frank Amodeo's refusal to appear for a Court-ordered deposition. In support of its Motion, Plaintiffs state Wellington's counsel notified Plaintiffs Amodeo would not be attending his deposition the day before Amodeo was scheduled to be deposed. Amodeo failed to provide any legal basis for his refusal to attend, failed to notify this Court of his intention not to comply with this Court's order, and failed to propose any alternative dates or times to reschedule Amodeo's deposition. Amodeo did, however, prompt Plaintiffs to file a Motion for Sanctions upon which time Amodeo would presumably advise the Court, but not Plaintiffs, of his justifications for his noncompliance.

Plaintiffs are contemporaneously filing a separate brief in support of this Motion pursuant to NE.Civ.R. 7.1(a)(1)(A).

WHEREFORE, pursuant to Federal Rule of Civil Procedure 37, Plaintiffs now seek sanctions on Wellington's counterclaims of (1) breach of contract; (2) tortious interference with

4842-6016-5634.1

a business relationship; (3) breach of good faith and fair dealing; (4) Fraud; (6)[1] conversion; (7) rescission; and (8) declaratory relief, due to the Wellington's continued failure to comply with this Court's Orders during the discovery process.

Plaintiffs request the Court sanction Wellington with default judgment in favor of Plaintiffs on Wellington's counterclaim.  Further, the Court should sanction Wellington with an order precluding Amodeo from advancing any affidavit or declaration opposing Plaintiffs' Motion for Summary Judgment.

Respectfully submitted this 30th day of June, 2008.

                              MICHAEL S. MAPES, MILTON PETERSEN IV, BRIAN LEICHNER, DAVID MOHR and DAVID STADING, Plaintiffs

                              By s/John P. Passarelli
                                 John P. Passarelli #16018
                                 James M. Sulentic #19610
                                 Kutak Rock LLP
                                 The Omaha Building
                                 1650 Farnam Street
                                 Omaha, NE  68102-2186
                                 (402) 346-6000

---

[1] Wellington has not asserted a Count V.

4842-6016-5634.1

## CERTIFICATE OF SERVICE

      I hereby certify that on June 30, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    <u>Gross & Welch, P.C., L.L.O.</u>
    Michael J. Mooney
    Robert A. Mooney
    Elizabeth M. Callaghan

                            By  <u>s/John P. Passarelli</u>
                                  John P. Passarelli

4842-6016-5634.1