## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MICHAEL S. MAPES, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **7:07CV77** |
| v. ) | |
| ) | **ORDER** |
| **WELLINGTON CAPITAL GROUP,** ) | |
| ) | |
| **Defendant.** ) | |

Upon notice of settlement given to the magistrate judge on November 3, 2008 by counsel for the parties,

**IT IS ORDERED that:**

1.  **On or before November 19, 2008**, the parties shall electronically file a joint stipulation for dismissal, consent judgment, or other dispositive stipulation, and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3.  Upon notice of settlement, the plaintiffs' Motion for Sanctions (Filing No. 74) and counsel's motion to withdraw (Filing No. 103) are denied as moot.

DATED this 3rd day of November, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge